UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JIMMY F. HARRISON,                                                  PLAINTIFF

V.            NO. 4:18CV00540 SWW-JTK

ANDREW SAUL, Commissioner,
Social Security Administration,                             DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Jimmy F. Harrison's Complaint (*Doc. 2*) is DISMISSED with prejudice.

DATED this 2nd day of August, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE