UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JIMMY F. HARRISON,                                                           PLAINTIFF

V.                       NO. 4:18CV00540 SWW-JTK

ANDREW SAUL, Commissioner,
Social Security Administration,                                              DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 2nd day of August, 2019.


/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE